

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| GREGORY B. MYERS | * | Case No. 15-26033-WIL |
| | * | Chapter 11 |
| Debtor | * | |
| | * | |

*************************************************************************

| | | |
|---|---|---|
| OFFIT KURMAN, P.A. | * | |
| Plaintiff | * | |
| vs. | * | Adversary No. 16-0541-WIL |
| SERV TRUST | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER OF JUDGMENT

Pending before the Court is Offit Kurman's Complaint to Avoid Serv Trust Lien as a Fraudulent Conveyance and to Determine the Priority and Amount of Lien and Objection to Serv Trust Claim (the "Complaint"). On December 30, 2016, Serv Trust filed a Motion to Extend Time for Defendant to File Substantive Response to Motion for Partial Summary Judgment and to Stay Adversary Proceeding (Docket No. 36), a Motion to Dismiss Complaint (Docket No. 37), and an Opposition to Motion for Partial Summary Judgment as to Count I and Count II of the Complaint to Avoid Serv Trust Lien as a Fraudulent Conveyance (Docket No. 38). Thereafter, on February 3,

2017, Serv Trust filed its Line Terminating Defense, Withdrawing Documents, and Consenting to Relief (the "Line"). There now being no response to the Complaint, it is this day by the United States Bankruptcy Court for the District of Maryland

ORDERED, that as to Counts I and II of the Complaint, Serv Trust's lien on the proceeds from the sale of the real property identified as Lot 6, Seaside 14, resulting from the Mortgage in favor of Serv Trust, recorded on June 27, 2014 in the Land Records of Walton County, Florida in Instrument No. 2014661286249, be, and hereby is, avoided as if such lien never existed; and it is further

ORDERED, that as to Count III of the Complaint, any scheduled or filed secured or unsecured claim by Serv Trust is disallowed, in its entirety, in this bankruptcy case.

Gregory P. Johnson, Esquire
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, MD 20814

Jeffrey M. Orenstein, Esquire
Goren, Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850

**END OF ORDER**